# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

UNITED STATES OF AMERICA
v.
KENT CARTER, et al.

Case No. 14-2180

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for __United States of America__
Party or Parties
__Appellee__, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✹ There are no such parties, or any such parties have heretofore been disclosed to the court.

__Michael J. Haungs__                                          _____
Name of Counsel                                                 Name of Counsel

__s/Michael J. Haungs__                                       _____
Signature of Counsel                                            Signature of Counsel
U.S. Dep't of Justice, Tax Div., Appellate Section
P.O. Box 502
__Washington, D.C. 20044 (202)514-4343__             _____
Mailing Address and Telephone Number              Mailing Address and Telephone Number

__Michael.j.haungs@usdoj.gov__                          _____
E-Mail Address                                                   E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on (please insert date) __December 18, 2014__ via (state method of service) __First Class U.S Mail__.

to __Mr. Kent Carter, pro se appellant__        __s/Michael J. Haungs_____
(*See* Fed. R. App. P. 25(b))                              (Signature)

A-5  Entry of Appearance Form 10/09

12212875.1

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA

v.

KENT CARTER, et al.

Case No. 14-2180

## Certificate of Interested Parties

 The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)