FILED  
United States Court of Appeals  
Tenth Circuit

December 23, 2014

Elisabeth A. Shumaker  
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 14-2180 |
| KENT CARTER; KENT CARTER, as Trustee for the Kent Carter Family Trust PTO, | (D.C. No. 2:12-CV-00469-RB-LAM) (D. N.M.) |
| Defendants - Appellants, | |
| and | |
| GAIL CARTER; NEW MEXICO DEPARTMENT OF REVENUE AND TAXATION, | |
| Defendants. | |

---

**ORDER**

---

Before **HOLMES** and **MATHESON**, Circuit Judges.

---

Presently before the court in this tax case is pro se Appellant Kent Carter's emergency motion for a stay pending appeal. To obtain a stay, Mr. Carter must address "(a) the likelihood of success on appeal; (b) the threat of irreparable harm if the stay . . . is not granted; (c) the absence of harm to opposing parties if the stay . . . is granted; and (d) any risk of harm to the public interest." *Homans v. City of*

*Albuquerque*, 264 F.3d 1240, 1243 (10th Cir. 2001) (per curiam) (internal quotation marks omitted).

Because these factors do not weigh in favor of a stay here, we deny Mr. Carter's motion.

                                                   Entered for the Court

                                                   ELISABETH A. SHUMAKER, Clerk