# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT COURT

UNITED STATES OF AMERICA,

Plaintiff/ Applellee

v.

KENT CARTER, et. al.                                Case No. 14-2180

Defendant/Appellant

Appellant/Petitioner's Reply to
Brief for The UNITED STATES OF AMERICA

**Comes now Kent Carter, with this reply to brief for UNITED STATES OF AMERICA, filed December 18, 2014.**
   **There is no issue of whether the District court correctly granted summary judgment in this case. The Brief for a Pro se ( line 5) contained a space to list any other facts that are not any issue. That is only reason it was mentioned in this appeal.**
   **The only issues are of Standing and Jurisdiction.**

**First Issue: The Attorneys for the Plaintiff could not have filed this case without written approval of the Area Director, yet there was never any evidence that there was required written approval. An IRS field agent or a pseudonym (T.W Or Tim Lyons) cannot recommend a foreclosure of a principal residence.**

1.

**Second Issue: When Standing is challenged, does the party invoking federal jurisdiction have to prove Standing on the record?**

Standing to bring a suit is a jurisdictional. Who sent the recommendation to the Department Of Justice to file a foreclosure suit against Kent Carter? Was it the IRS Area Manager or the District Director? Did revenue Agent Michael J. Pryor or "pseudonym" Tim Lyons send it without getting the required written approval?

No one knows, because Standing was never proven when Kent Carter challenged in District Court.

> **The issue of standing to bring a claim is considered a component of subject-matter jurisdiction and analyzed under Fed.R.Civ.P. 12(b)(1). The party asserting the existence of subject matter jurisdiction bears the burden of proving such jurisdiction exists, including the burden of demonstrating adequate standing.** *Hydro Resources, Inc. v. E.P.A.,* **562 F.3d 1249, 1258 (10th Cir. 2009);** *Montoya v. Chao,* **296 F.3d 952, 955 (10th Cir. 2002).**

Standing was never proven on the record to recommend this suit to foreclose Kent Carter's property. A "pseudonym" does not have standing to bring a suit on behalf of the UNITED STATES OF AMERICA.

The only question the attorney for appellee asks in this appeal, is "Can Appellant bring jurisdiction up at this time"?

The answer is yes because the Tenth Circuit Court has already decided in the above cases that Standing is a component of Jurisdiction.

2.

**Jurisdiction and can be challenged anytime. The Appellant challenged Jurisdiction on Mar-3 2014 (MOTION TO RECONSIDER ORDER GRANTING SUMMARY JUDGMENT); Also in the ANSWER TO MOTION TO RECONSIDER AMENDED FINAL JUDGMENT, Filed Aug-8 2014.**

**At those times Attorney could have produced a redacted copy of the letter from the IRS Area Counsel, but did not.**

At all events the Government stands ready to supplement a redacted
copy of the letter from the IRS Area Counsel
requesting the Assistant Attorney for the Tax Division to direct
the commencement of this lawsuit, which would provide proof
that the suit was properly authorized See Black, 482 Fed Appx at 243;
Palmer, 116 F.3d at 1311.

**Wherefore, this case is simple and does not require arguments on the merits. The District Court lacked subject matter to hear this case because the IRS Area Manager did not recommend this case to foreclose on Appellant's property. Most importantly a "pseudonym" has no authority to recommend a Foreclosure Suit to the Department Of Justice, in the name of the UNITED STATES OF AMERICA.**

**For the reason above District Court's Amended Final Order and the Order to Vacate should be reversed in favor of Appellant Kent R. Carter.**

*Kent R. Carter* 12-30-14
Kent R. Carter                     Date
P.O. Box 5033
Carlsbad, New Mexico 88220
575-302-7340

# CERTIFICATE OF SERVICE

I hereby certify that on ___12-30-14___ I, Kent R. Carter
served a copy of              (date)
the Appellant/Petitioner's Reply To Brief For The UNITED STATES OF
AMERICA Filed December 18, 2014 to [counsel for/or appellee/respondent]

JOHN A. NOLET
ATTORNEY TAX DIVISION
P.O. BOX 502
WASHINGTON DC 20044
202-514-2935

~~By first class mail~~   CERTIFIED MAIL # 7008 1830 0003 0470 4018

*Kent R. Carter* (signature)

Kent R. Carter
P.O. Box 5033
Carlsbad, New Mexico 88220
575-302-7340

4.