# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

June 15, 2015

Chris Wolpert
Chief Deputy Clerk

Matthew (NMlc) Dykman
United States District Court for the District of New Mexico
Office of the Clerk
100 North Church Street, Suite 280
Las Cruces, NM 88001

**RE:** **14-2180, United States v. Carter, et al**
Dist/Ag docket: 2:12-CV-00469-RB-LAM

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Kent Carter
    Michael J. Haungs
    John A. Nolet
    Andrew L. Sobotka
    Gretchen M. Wolfinger
    Moha P. Yepuri

EAS/jm